# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/18/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 02-00468JMS-LEK |
| CASE NAME: | Walter L. Branco, et al. Vs. Norwest Bank Minnesota, NA, etc., et al. |
| ATTYS FOR PLA: | Andrew S. Iwashita |
| ATTYS FOR DEFT: | Kurt K. Leong |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 5/18/2006 | TIME: | 9:37-9:43 |

COURT ACTION:  EP: Status Conference Re: Completion of Arbitration held.  Andrew S. Iwashita participated by phone.

Case settled.  Further Status Conference; Settlement on the Record set for 9:00 6/29/06, LEK.  Parties to participate by phone.

Submitted by: Warren N. Nakamura, Courtroom Manager