# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/29/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 02-00468JMS-LEK |
| CASE NAME: | Walter L. Branco, et al. Vs. Norwest Bank Minnesota, NA, etc., et al. |
| ATTYS FOR PLA: | George J. Zweibel |
| ATTYS FOR DEFT: | Kurt K. Leong |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 06/29/2006 | TIME: | 9:08-9;13 |

COURT ACTION:  EP: Further Status Conference; Settlement on the Record held. George J. Zweibel participated by phone.

Terms stated.  Stipulation for Dismissal is due 8/25/06.  If stipulation for dismissal is not submitted by 8/25/06, Court will recommend to Judge J. Michael Seabright to enter Order for Dismissal with Prejudice on 9/25/06.

Submitted by: Warren N. Nakamura, Courtroom Manager