Of Counsel:
OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
Attorneys at Law
A Law Corporation

ORIGINAL

| | |
|---|---|
| JASON F. OLIVER | 1100-0 |
| KURT K. LEONG | 5577-0 |

600 Ocean View Center
707 Richards Street
Honolulu, Hawaii 96813
Telephone: 533-3999

LODGED

AUG 2 1 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 2 2006

at 1 o'clock and 00 min. PM
SUE BEITIA, CLERK

Attorneys for Defendants
WENDOVER FINANCIAL SERVICES CORPORATION and
WELLS FARGO BANK MINNESOTA, N.A., formerly known as NORWEST
BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
AMRESCO RESIDENTIAL SECURITIES CORPORATION MORTGAGE
LOAN TRUST 1998-2, UNDER THE POOLING AND SERVICING
AGREEMENT DATED AS OF JUNE 1, 1998, and ATTORNEYS EQUITY
NATIONAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WALTER L. BRANCO and ELIZABETH A. BRANCO,<br><br>Plaintiffs,<br><br>vs.<br><br>NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR AMRESCO RESIDENTIAL SECURITIES | ) CIVIL NO. CV 02 00468 JMS/LEK<br>)<br>) **STIPULATION FOR DISMISSAL**<br>) **WITH PREJUDICE OF ALL**<br>) **CLAIMS AND ALL PARTIES**<br>) **AND ORDER**<br>)<br>)<br>)<br>)<br>) (Trial Date: Vacated)<br>) |

CORPORATION MORTGAGE )
LOAN TRUST 1998-2, UNDER THE )
POOLING AND SERVICING )
AGREEMENT DATED AS OF )
JUNE 1, 1998, WENDOVER )
FINANCIAL SERVICES )
CORPORATION, ATTORNEY'S )
EQUITY NATIONAL )
CORPORATION, and JOHN and )
MARY DOES 1-20, DOE )
PARTNERSHIPS, )
CORPORATIONS or OTHER )
ENTITIES 1-20, )
)
         Defendants. )
)
)
)
)
)
_____ )

## STIPULATION FOR DISMISSAL WITH
## PREJUDICE OF ALL CLAIMS AND ALL PARTIES

IT IS HEREBY STIPULATED AND AGREED, by the undersigned parties, through their undersigned counsel, who are all of the parties who have appeared in this action, that all claims and all parties are hereby dismissed with prejudice. This Stipulation is filed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

There are no remaining claims or parties in this action. Trial in the above-captioned matter has been vacated.

This Stipulation has been signed by all appearing parties.

DATED:  Honoka`a, Hawaii, _August 4, 2006_ .

_____
GEORGE J. ZWEIBEL
ANDREW S. IWASHITA
Attorneys for Plaintiffs
WALTER L. BRANCO  and  ELIZABETH
A. BRANCO

DATED:  Honolulu, Hawaii, ___AUG 1 7 2006___ .

_____
JASON F. OLIVER
KURT K. LEONG
Attorneys for Defendants WENDOVER
FINANCIAL SERVICES CORPORATION
and WELLS FARGO BANK
MINNESOTA, N.A., formerly known as
NORWEST BANK MINNESOTA,
NATIONAL ASSOCIATION, AS
TRUSTEE FOR AMRESCO
RESIDENTIAL SECURITIES
CORPORATION MORTGAGE LOAN
TRUST 1998-2, UNDER THE POOLING
AND SERVICING AGREEMENT DATED
AS OF JUNE 1, 1998, and ATTORNEYS
EQUITY NATIONAL CORPORATION

APPROVED AND SO ORDERED:

_____
J. MICHAEL SEABRIGHT

_____
WALTER BRANCO, ET AL. V. NORWEST BANK MINNESOTA, ET AL.;
CIVIL NO. 02-00468 DAE-LEK; STIPULATION FOR DISMISSAL WITH
PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER